DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                ) Chapter 13
                                      ) Case No. 14-51715 MEH
KATHLEEN DUMAS                        )
                                      )
                                      )
                                      ) **NOTICE OF UNCLAIMED DIVIDEND**
                                      ) Claimant:
                                      ) KATHLEEN DUMAS
                                      )
                    Debtor            )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $25,620.00.  The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Kathleen Dumas
11117 Flowering Pear Dr
Cupertino, CA  95014

Dated:  March 01, 2016

/s/ Devin Derham-Burk
_____
DEVIN DERHAM-BURK, TRUSTEE