

Andrew T. Drake
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728
877-209-8249

The following constitutes the order of the Court.
Signed: November 10, 2022

_M. Elaine Hammond_
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

Kathleen Dumas

Debtor(s)

Bankruptcy Case No.: 14-51715

Chapter No.: 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application and supporting documentation was filed in the above-captioned case for Claimant(s) Dilks & Knopik, LLC as assignee to Kathleen Dumas, requesting payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. §347(a). The application and supporting documentation establish Claimant(s) entitlement to the unclaimed funds. Accordingly, pursuant to 28 U.S.C. §2042,

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $25,620.00 held in unclaimed funds to the order of Dilks & Knopik, LLC and mail such payment to the following address:

35308 SE Center Street, Snoqualmie, WA 98065.

    The Clerk will disburse these funds not earlier than 14 days after entry of this *Order*.

**End of Order**
**No Service List Requested**